No. 701.  MILLER *v.* WISCONSIN DEPARTMENT OF TAX-
ATION.
November 10, 1941.  *Per Curiam:* The motion to dismiss
is granted and the appeal is dismissed for want of a sub-
stantial federal question.  *Mr. A. W. Schutz* for appellant.
*Mr. Harold H. Persons* for appellee.

No. —, original.  EX PARTE GEORGE C. YAUNT;
No. —, original.  EX PARTE C. C. CREBS; and
No. —, original.  EX PARTE HILLIARD SANDERS.  No-
vember 10, 1941.  The motions for leave to file petitions
for writs of habeas corpus are denied.

No. —.  TINKOFF *v.* COMMISSIONER OF INTERNAL
REVENUE; and
No. —.  PEOPLE EX REL. TINKOFF *v.* BRISTOW, JUDGE.
November 10, 1941.  The motions to vacate orders deny-
ing applications for extension of time within which to file
petitions for writs of certiorari are denied.  MR. JUSTICE
JACKSON took no part in the consideration and decision
of these applications.

No. 710.  TEMPLETON *v.* CALIFORNIA.
November 17, 1941.  *Per
Curiam:* The motion to dismiss is granted and the appeal
is dismissed because the record does not show that the fed-
eral question presented was necessarily passed on by the
Supreme Court of California.  *Herndon* v. *Lowry,* 301 U.
S. 242, 247; *Honeyman* v. *Hanan,* 300 U. S. 14, 18; *Lynch*
v. *New York ex rel. Pierson,* 293 U. S. 52.  *Mr. Thos. D.
Aitken* for appellant.  *Mr. Earl Warren,* Attorney General
of California, for appellee.